NOTE: CHANGES MADE BY THE COURT

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Estate of Naomi Grimes | Case No. CV 22-2229-FWS-SK <br><br> **ORDER APPROVING STIPULATION TO VACATE FEBRUARY 10, 2022 STATE COURT ORDER** <br><br> Honorable Fred W. Slaughter <br> United States District Judge |

Upon consideration of the Stipulation to Vacate February 10, 2022 State Court Order entered into between Petitioner Raymond T. Grimes ("Petitioner") and real party-defendant in interest Marcia Fudge, in her official capacity as Secretary (the "Secretary") of Housing and Urban Development ("HUD"), and good cause appearing, it is hereby ORDERED as follows:

1. The Stipulation is APPROVED.

2. The Order issued on February 10, 2022, by the Los Angeles County Superior Court in the matter of the Estate of Naomi Grimes at Case No. 19STPB01818 is vacated and set aside, per the court's authority under 28 U.S.C. § 1450. Under 28 U.S.C. § 1450, in a removed action, "[a]ll injunctions, orders, and other proceedings had in such action prior to its removal shall remain in full force and effect until dissolved or modified by the district court."

3. HUD is not required to reconvey the Deed of Trust recorded with the Los Angeles County Recorder's Office on September 29, 2005, at document no. 05 2348693, absent payment in full of the entire indebtedness owed to it.

4. Any further requests regarding relief related to HUD's Deed of Trust must proceed in this Court.

5. This case is dismissed.

6. Petitioner and HUD shall each bear their own costs and attorney's fees incurred in this case.

DATED: May 25, 2022

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE